# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., <br><br> Defendant. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C16-1461JLR |

___  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff National Union Fire Insurance Company is awarded judgment on the pleadings and Defendant Zillow Inc.'s counterclaims are dismissed. (*See* Order (Dkt. # 25).)

Filed this 17th day of April, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk